UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHEN S. HART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04834-JPH-TAB |
| | ) | |
| DANIEL J. KOPP, | ) | |
| T. NASELROD DETECTIVE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On September 18, 2020, the Court screened Plaintiff Stephen Hart's amended complaint as directed under 28 U.S.C. § 1915A and ordered Mr. Hart to show cause by October 17, 2020 why his action should not be dismissed. Dkt. 15. If Mr. Hart did not respond by that date, the Court directed that it would dismiss "this action without further notice." *Id.* at 5.

Mr. Hart has not responded by this deadline. Accordingly, Mr. Hart's claims are **DISMISSED without prejudice**. Dkt. [14] is **DENIED** as moot. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 10/22/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

STEPHEN S. HART
106096
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362